Submitted on the record March 8, ballot title certified April 11, 2002

Jim CARROLL,
*Petitioner,*

*v.*

Hardy MYERS,
Attorney General,
State of Oregon,
*Respondent.*

(SC S49224)

Terry WITT,
*Petitioner,*

*v.*

Hardy MYERS,
Attorney General,
State of Oregon,
*Respondent.*

(SC S49229)
(Consolidated for Opinion)

47 P3d 3

James Brown, of Enfield, Brown, Knivila, & Razor, Salem, filed the petition for petitioner Carroll.

John A. DiLorenzo, Jr., and Aaron K. Stuckey, of Hagen, Dye, Hirschy, & DiLorenzo, P.C., Portland, filed the petition for petitioner Witt.

David F. Coursen, Assistant Attorney General, Salem, filed the answering memoranda for respondent. With him on the answering memoranda were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

PER CURIAM

## PER CURIAM

In these consolidated ballot title review proceedings, petitioners challenge various aspects of the Attorney General's certified ballot title for a proposed initiative measure, which the Secretary of State has denominated as Initiative Petition 162 (2002). We review the Attorney General's certified ballot title to determine whether it substantially complies with the requirements of ORS 250.035. *See* ORS 250.085(5) (setting out standard of review).

We have considered petitioners' arguments and conclude that they are not well taken. Accordingly, we certify to the Secretary of State the following ballot title for the proposed measure:

AMENDS CONSTITUTION: ALLOWS LOCAL
REGULATION OF PESTICIDE USE, SALE;
CREATES NEW PESTICIDE REPORTING PROGRAM,
EXISTING PROGRAM UNDISTURBED

RESULT OF "YES" VOTE:   "Yes" vote allows local regulation of pesticide use and sale; creates new fee-funded pesticide use reporting program, without altering existing pesticide reporting program, fees.

RESULT OF "NO" VOTE:   "No" vote retains current law providing uniform statewide pesticide use, sale regulation, preempting local regulation; retains existing pesticide reporting program, registration fees; rejects new program.

SUMMARY:   Amends constitution. Current law provides uniform, statewide regulation of pesticide use and sale, preempting local regulation. Measure allows local regulation. Current law authorizes and limits pesticide registration fees; requires Department of Agriculture to: establish system for reporting basic pesticide use information specifying quantity, purpose, month of use, product used, use location by watershed, county, zip code or other identifier; collect information annually regarding major pesticide use categories; publish annual report summarizing pesticide use; adopt rules governing public release of use information. Without affecting existing program mandate, measure directs Department of Environmental Quality to: establish similar program that collects major category

information monthly and location information that identifies section, township, range where use occurs; and to impose registration fees adequate to fund new program. Other provisions.

Ballot title certified.